IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

TRAVELERS CASUALTY & SURETY COMPANY,
in behalf of itself and as Assignee of all rights
to collateral and indemnity in the name of
RELIANCE INSURANCE COMPANY,

                  Plaintiff,

-against-                    Civil Action No.: 5:2003-CV-1328
                                      (NAM/GJD)

KELLY ATLANTIC CORP., KAC HOLDINGS LLC,
and FREDERICK F. HAEFLEIN,

                  Defendants.



## STIPULATION OF SETTLEMENT AND FOR JUDGMENT

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above-entitled action, that the above matter is settled for the sum of $190,000.00 to be paid by defendants to plaintiff, and that a judgment may be entered by the Court in favor of Travelers and against defendants, jointly and severally, in the amount of $175,000.00, being the settlement amount of $190,000.00, less the amount of $15,000.00 paid-to-date, and that such escrowed amount ($15,000.00) may be released from escrow and paid to plaintiff. Such judgment shall be entered with post-judgment interest commencing as of the date of such judgment.

Dated: September 19, 2006           Becker & Becker
                                        Attorneys for Plaintiff
                                        By: /s/ Lawrence E. Becker
                                        Lawrence E. Becker, Esq.

Dated: September 19, 2006           Lacy Katzen LLP
                                        Attorneys for Defendants
                                        By: 
                                        David L. Rasmussen, Esq.

**IT IS SO ORDERED.**

_Norman A. Mordue_
Norman A. Mordue
Chief Judge

Dated: September 20, 2006