# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK



TRAVELERS CASUALTY & SURETY
COMPANY

        vs.

JUDGMENT IN A CIVIL CASE
5:2003-cv-1328 (NAM/GJD)

KELLY ATLANTIC CORP.; KAC HOLDINGS
LLC; AND FREDERICK F. HAEFLEIN

_____     JURY VERDICT.

__X__     DECISION BY COURT.

    IT IS ORDERED AND ADJUDGED, that in accordance with the Stipulation signed and submitted to the Court on September 19, 2006 (Docket No.: 21), "So Ordered" by the Court on September 20, 2006 (Docket No.: 22), JUDGMENT in the amount of $175,000.00 is ENTERED in favor of Plaintiff against all Defendants, jointly and severally. Post-judgment interest under 28 USC 1961 against the JUDGMENT amount of $175,000.00 shall accrue as of the date of this Judgment, in accordance with the above-referred-to Stipulation.

    IT IS FURTHER ORDERED AND ADJUDGED, that in accordance with the above-referred-to Stipulation, the separate sum of $15,000.00 held in escrow by Plaintiff's counsel may be released from escrow and paid to Plaintiff.

Dated: September 22, 2006

        LAWRENCE K. BAERMAN
        CLERK OF THE COURT

        By: *Judi L Roberts*
            DEPUTY CLERK